UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    CASE NO.: 10-17939-BKC-JKO

ROBERT & PAMELA DAVI,                       In proceedings under Chapter 13
                                                              BROWARD  DIVISION

   Debtor.

_____/

### AMENDED NOTICE OF FILING CHANGE OF MAILING ADDRESS

COMES NOW, a ROBERT & PAMELA DAVI, Debtor herein, through the undersigned

counsel, and hereby files this Notice of Change of Mailing Address and states her current mailing

address is as follows:

> Robert & Pamela Davi
> 493 Second Ave
> Apt 7
> New York, NY 10016

I am admitted to the Bar of the United States District Court for the Southern District of
Florida and I am in compliance with the additional qualifications to practice in this Court set forth
in Local Rule 2090-1(A).

> BIGGE & RODRIGUEZ
> Attorneys for Debtors
> 915 Middle River Dr
> Suite 401
> Fort Lauderdale, FL 33304
> (954) 400-7322 /(954) 400-5449Fax
>
>
> By: */S/ ROBERT J. BIGGE, JR.*
>     ROBERT J. BIGGE, JR., ESQ.
>     Florida Bar No. 906610